An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE RESIGNATION OF ROBERT DALE GIBB, BAR NO. 1857.

No. 62707

**FILED**

MAR 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Robert Dale Gibb for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Gibb; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. See SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. See SCR 98(5)(a)(2). Gibb acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. See SCR 98(5)(c)-(d). Finally, Gibb has submitted an affidavit of compliance with SCR 115. See SCR 98(5)(e).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08748

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Robert Dale Gibb's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.



_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

cc:   David A. Clark, Bar Counsel
      Kimberly K. Farmer, Executive Director, State Bar of Nevada
      Robert Dale Gibb
      Perry Thompson, Admissions Office, United States Supreme Court